## Barbara E. RIPPEL, Appellant–Respondent,

v.

## Charles WORSTELL and Brenda Worstell, Respondents–Appellants.

### No. WD 40806.

Missouri Court of Appeals, Western District.

Feb. 28, 1989.

Rehearing Denied May 2, 1989.

Everett S. Van Matre of Van Matre & Van Matre, Inc., Mexico, for Barbara E. Rippel.

C. Christy Barton, Jefferson City, and Dewey L. Crepeau of Crepeau & Roberts, Columbia, for the Worstells.

Before MANFORD, P.J., and TURNAGE and LOWENSTEIN, JJ.

### ORDER

PER CURIAM:

Direct appeal from a judgment denying enforcement of promissory notes due to the defense of fraud in the inducement. Cross-appeal from a judgment denying recision and cancellation of the promissory notes and related sales contract, and damages. The appeals are consolidated.

The judgment is affirmed. Rule 84.16(b).